NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**REALTIME DATA, LLC,**
*Plaintiff-Appellee*

**v.**

**CME GROUP, INC., BOARD OF TRADE OF THE CITY OF CHICAGO, INC., NEW YORK MERCANTILE EXCHANGE, INC.,**
*Defendants-Appellants*

**BATS TRADING, INC., AKA BATS EXCHANGE, INC., INTERNATIONAL SECURITIES EXCHANGE, NASDAQ OMX GROUP, INC., NASDAQ OMX PHLX, INC., NYSE EURONEXT, OPTIONS PRICE REPORTING AUTHORITY, NYSE ARCA, INC., NYSE AMEX, LLC, SECURITIES INDUSTRY AUTOMATION CORPORATION,**
*Defendants*

———————————

2014-1663, 2014-1664, 2014-1665

———————————

Appeals from the United States District Court for the Southern District of New York in Nos. 1:11-cv-06697-KBF, 1:11-cv-06699-KBF, 1:11-cv-06702-KBF, Judge Katherine B. Forrest.

---

**JUDGMENT**

---

BRETT E. COOPER, McKool Smith, P.C., New York, NY, argued for plaintiff-appellee. Also represented by DIRK D. THOMAS, Washington, DC; LAURA A. HANDLEY, Dallas, TX.

MICHAEL HAWES, Baker Botts, LLP, Houston, TX, argued for defendants-appellants. Also represented by SCOTT F. PARTRIDGE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, PLAGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 14, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court